## ZANESVILLE (city) v WILSON

Ohio Appeals, 5th Dist, Muskingum Co

Decided March 30, 1935

Clarence Graham, Zanesville, for plaintiff in error.

William Frielich, Zanesville, for defendant in error.

For full opinion see 5 OO 372; 51 Oh Ap 433.